UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO:  5:05-M- *1119*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | CRIMINAL |
| | } | INFORMATION |
| CARLOS J. DAVILA | } | |
| FAYETTEVILLE, NC  28314 | } | |

Defendant:

The United States Attorney charges:

### COUNT I

THAT, on or about 9 May 2005, on the Pope Air Force Base Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, CARLOS J. DAVILA, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844 (a).

### COUNT II

THAT, on or about 9 May 2005, on the Pope Air Force Base Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, CARLOS J. DAVILA, did operate a motor vehicle upon a street or highway in excess of the posted speed limit, to wit:  38 mph in a 30 mph zone, in

violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-141(e).


                              FRANK D. WHITNEY
                              UNITED STATES ATTORNEY


            BY:    _____
                   JOHN R. HEMPHILL
                   Special Assistant United States Attorney
                   43 AW/JA, 259 Maynard St,
                   Pope AFB, NC  28308
                   (910) 394-2341